**FILED**

03/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0197

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0197

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                     O R D E R

RICHARD D. HINMAN,

     Defendant and Appellant.

_____

Pursuant to our Order of February 23, 2022, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, April 8, 2022, at 9:30 a.m. The Court has determined that the argument will be held in person in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2022